UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID WILSON PEPE,<br>　　　Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 1:14-cv-2270 |
| MARIROSA LAMAS, *et al.*,<br>　　　Defendants. | :<br>:<br>: |

*O R D E R*

AND NOW, this 20th day of August, 2015, upon consideration of the report and recommendation of the magistrate judge (Doc. 29), filed July 28, 2015, to which no objections were filed, and upon independent review of the record, it is ordered that:

　　1. The magistrate judge's report (Doc. 29) is adopted.

　　2. Defendants' motion to dismiss (Doc. 18) is granted.

　　3. Within 30 days of the date of this order, Plaintiff may file an amended complaint against Defendants Marirosa Lamas, Wilbert Matthews, Michael Prevost, L. McConnell, R. Chism and Wally Dittsworth.

　　4. The above-captioned matter is remanded to the magistrate judge for further proceedings, including a report and recommendation on any dispositive motions that may be filed.

　　　　　　　　　　　　　　　　　　　　/s/ William W. Caldwell
　　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　　United States District Judge