IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID WILSON PEPE,<br>　　　　Plaintiff | :<br>:<br>: |
| vs. | : CIVIL NO. 1:CV-14-2270 |
| MARIROSA LAMAS, et al.,<br>　　　　Defendants | :<br>: 　(Judge Caldwell)<br>:<br>: |

*O R D E R*

AND NOW, this 7th day of July, 2016, upon consideration of Defendants' motion to dismiss (Doc. 32), the report (Doc. 36) and recommendations of the magistrate judge, the objections of Plaintiff (Doc. 37), and the objections of Defendants (Doc. 38), it is ordered that:

　　1.  The magistrate judge's report (Doc. 36) is adopted except for the discussion dealing with the retaliation claim against defendant Prevost.

　　2.  Based on the memorandum accompanying this order, the retaliation claim against defendant Prevost is dismissed.

　　3.  Based on the magistrate judge's recommendation, the claims against the following defendants are dismissed: Marirosa Lamas, R. Chism, Wally Dittsworth, L. McConnell, and Wilbert Matthews

　　4.  The Clerk of Court shall close this file.

　　　　　　　　　　　　　　　　/s/William W. Caldwell
　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　United States District Judge